**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 97-7605**

―――――――――

DESMOND CHARLES LAWRENCE,

                                        Plaintiff - Appellant,

        versus

LIEUTENANT DAMON, in his individual capacity,

                                        Defendant - Appellee.

―――――――――

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Dennis W. Shedd, District Judge.
(CA-97-155-3-19-BC)

―――――――――

Submitted:  July 2, 1998          Decided:  October 23, 1998

―――――――――

Before NIEMEYER and HAMILTON, Circuit Judges, and HALL, Senior
Circuit Judge.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Desmond Charles Lawrence, Appellant Pro Se. William Henry Davidson,
II, DAVIDSON, MORRISON & LINDEMANN, P.A., Columbia, South Carolina,
for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Lawrence v. Damon, No. CA-97-155-3-19-BC (D.S.C. Oct. 10, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED